W 2-9/21/06



SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 SEP 20 PM 5: 11

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:06CR~~~~ 3145 |
| Plaintiff, | |
| v. | INDICTMENT (21 U.S.C. §§ 846) |
| TALLAS LAPAUL HARRIS, a/k/a PAUL, a/k/a MOZART, a/k/a MO, and O'DARI ZANDAGHE WILEY, a/k/a O.D., | |
| Defendants. | |

The Grand Jury Charges:

### COUNT I

Between on or about January 1, 2002, and on or about April 11, 2006, in the District of Nebraska and elsewhere, TALLAS LAPAUL HARRIS, a/k/a PAUL, a/k/a MOZART, a/k/a MO, and O'DARI ZANDAGHE WILEY, a/k/a O.D., the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree, together and with other persons, some known and some unknown to the Grand Jury, to distribute and possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄
Foreperson

_____
MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that the trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
SARA E. FULLERTON
Assistant United States Attorney