IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3145 |
| v. | ) | |
| | ) | |
| O'DARI ZANDAGHE WILEY, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Pretrial Services is directed to investigate defendant's proposal for release, filing 25, and report to the court and counsel as soon as practicable.

DATED this 14th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge