IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3145-2 |
| | ) | |
| V. | ) | |
| | ) | |
| O'DARI ZANDAGHE WILEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff shall file a response to the defendant's "motion pursuant to Rule 36 to correct an error in the record" (filing no. 132) on or before November 6, 2015.

DATED this 27th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge