IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3145 |
| V. | ) | |
| O'DARI ZANDAGHE WILEY, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's "motion pursuant to Rule 36 to correct an error in the record" (filing no. 132) is denied.

DATED this 5th day of November, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge