IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:06CR3145-2 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| O'DARI ZANDAGHE WILEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The motion to reduce sentence (filing no. 138) under the First Step Act is denied based upon the 2019 First Step Act Retroactive Sentencing Worksheet (filing no. 137).

(2) The Clerk shall mail to the defendant a copy of this order and the Retroactive Sentencing Worksheet.

DATED this 6th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge