IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:06CR3145 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ENTRY OF APPEARANCE** |
| O'DARI ZANDAGHE WILEY, | ) ) ) | |
| Defendant. | ) | |

David R. Stickman hereby enters his appearance as counsel on behalf of the Defendant in the above-captioned case pursuant to General Order No. 2019-01.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 7th day of March, 2019.

        Respectfully submitted,

        O'Dari Zandaghe Wiley, Defendant,

        By /s/ David R. Stickman
           David R. Stickman, #17076
           Attorney for Defendant
           Federal Public Defender
           222 South 15th Street, #300N
           Omaha, NE 68102
           Telephone: (402) 221-7896
           Fax: (402) 221-7884
           E-Mail: David_Stickman@fd.org