IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3145-2 |
| V. | ) | |
| O'DARI ZANDAGHE WILEY, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Mr. Wiley sent the Clerk two letters. The Clerk sent them to me. In this order, I address his main questions.

First, the Clerk will provide Mr. Wiley with a copy of certain documents at no cost to him. If he wants more, Mr. Wiley will have to pay for all other documents.

Second, a public defender was appointed regarding the *First Step Act* matter. His name and contact information is provided below:

    David R. Stickman, #17076
    Attorney for Defendant
    Federal Public Defender
    222 South 15th Street, #300N
    Omaha, NE 68102
    Telephone: (402) 221-7896

Note, however, that Mr. Stickman has been given leave to withdraw. That is, he no longer represents Mr. Wiley.

Third, the Court liberally construed Mr. Wiley's letter (filing no. 138) as a motion for relief under the *First Step Act*. Mr. Wiley was denied relief because Mr.

Wiley's statutory minimum did not change as a result of the *First Step Act* and his sentence had previously been reduced to the statutory minimum.

    IT IS ORDERED that:

1. The Clerk shall provide Mr. Wiley with copies, at no cost to him, of the following: the 2015 Retroactive Sentencing Worksheets (filing no.125 and filing no. 127); the 2019 Retroactive Sentencing Worksheet (filing no. 137); Mr. Wiley's letter filed on March 4, 2019 and construed as motion for relief under the *First Step Act* (filing no. 138); and the Order denying relief (filing no. 139).

2. Mr. Wiley must pay for copies of all other documents he requests.

DATED this 5th day of April, 2019.

                        BY THE COURT:

                        s/ *Richard G. Kopf*
                        Senior United States District Judge