IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:06CR3145 |
| v. | ) | |
| O'DARI ZANDAGHE WILEY, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue deadline (filing no. 147) is granted.

(2) The defendant, through counsel, has until December 2, 2019, to file a motion for relief and supporting brief concerning the revised 2019 First Step Act retroactive sentencing worksheet (filing no. 144).

(3) The government shall have until January 3, 2020, to submit a brief in response.

(4) When the briefing is complete, I will consider the matter under submission. I will order oral argument if I think necessary or either party requests it.

(5) The Clerk shall mail a copy of this order to the defendant.

DATED this 30th day of October, 2019.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge