# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:06CR3145 |
| V. | ) | |
| O'DARI ZANDAGHE WILEY, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that The defendant's unopposed motion to continue deadline (filing no. 150 ) is granted. The defendant, through counsel, has until January 6, 2020, to file a motion for relief and supporting brief concerning the revised 2019 First Step Act retroactive sentencing worksheet (filing no. 144 ). The government shall have until February 6, 2020, to submit a brief in response. When the briefing is complete, I will consider the matter under submission. I will order oral argument if I think necessary or either party requests it. The Clerk shall mail a copy of this order to the defendant as to O'Dari Zandaghe Wiley.

DATED this 2nd day of December, 2019.

BY THE COURT:

*Richard G Kopf*
Senior United States District Judge