IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:06CR3145 |
| | ) | |
| v. | ) | **MOTION TO RESTRICT** |
| | ) | |
| O'DARI ZANDAGHE WILEY, | ) | |
| | ) | |
| Defendant. | ) | |

### REQUEST TO FILE RESTRICTED DOCUMENTS

Defendant O'Dari Wiley, by and through Assistant Federal Public Defender Jessica L. Milburn, pursuant to NECrimR 49.1, hereby requests that he be allowed to file his Index in support of his Motion to Reduce his sentence restricted because the information contained in said documents is sensitive.

WHEREFORE, based upon the sensitive nature of the information contained in the above mentioned documents, defendant respectfully requests that this Court order said documents be restricted to case participants only.

Dated this 6th day of January, 2020.

O'DARI ZANDAGHE WILEY, Defendant

*/s/ Jessica L. Milburn*
**JESSICA L. MILBURN**
**Assistant Federal Public Defender**
112 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
(402) 221-7820
Attorney for Defendant