March 29, 2020

ODari Zandaghe Wiley
#21061-047
Federal Correctional Institution
Beaumont Medium
P.O. Box 26040
Beaumont, Tx. 77720

RECEIVED
APR 0 2 2020
CLERK
U.S. DISTRICT COURT

Clerk of the Court

   I'm contacting you on the behalf of the "Memorandum and Order" that was handed down by Senior United States District Judge - Richard G. Kopf.
   On page one of the "Memorandum and Order" Paragraph (a) states, that I, ("if released from federal prison will then begin to serve a sentence of 20-years under the jurisdiction of the Nebraska Department of Corrections"), which is incorrect. The sentenced has already been served, I was sentence June 30, 2009 and released June 23, 2017 from the Nebraska Department of Corrections as a Mandatory Discharge, I have no detainers. This should have been noted inside of the "Pre-Sentencing Report", however, the Supervisory United States Probation Officer Kelly T. Nelson mislead the court, stating I have 20 years to serve if released from federal prison.

This grave error hinders me from participating in programs that will reward me extra good-time credit under the "First Step Act", and most important, it is hindering my custody classification level, here at the BOP. I should be at a much lower custody level, instead of my custody level being lowered, it has increase due to this error.

So my request to the courts is to contact the Supervisory United States Probation Officer Kelly T. Nelson to correct this grave error on record please, thank you.

ODarci Z. Wiley, Sr.

Office of the Clerk
United States District Court
Roman L. Hruska Courthouse
111 South 18th Plaza
Suite 1152
Omaha, Ne. 68102-1322

O'Dari Z. Wiley Sr.
#21061-047
F.C.I. Beaumont Medium
P.O. Box 26040
Beaumont, Tx. 77720

RECEIVED
APR 0 2 2020
CLERK
U.S. DISTRICT COURT

RECEIVED
APR 0 2 2020
CLERK
U.S. DISTRICT COURT

NORTH HOUSTON TX 773
30 MAR 2020 PM 5 L

Office of the Clerk
United States District Court
Roman L. Hruska Courthouse
111 South 18th Plaza
Suite 1152
Omaha, Ne. 68102-1322

68102-132277