IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:06CR3145 |
| vs. | |
| O'DARI ZANDAGHE WILEY, | ORDER |
| Defendant. | |

     I have been informed by the Probation Officer that his previous investigation of this case contained an error. The Probation Officer has now confirmed that Mr. Wiley completed his state sentence and the State of Nebraska has no detainer lodged against him. Accordingly,

     IT IS ORDERED that Mr. Wiley's motion (Filing no. 161) is granted and the Bureau of Prisons shall not rely on the previous error but shall allow Mr. Wiley to engage in such programming as he would otherwise be entitled to. Specifically, Mr. Wiley should not be kept out of programming and a possible referral to a residential reentry center. The Clerk shall provide the United States Marshals Service with a copy of this order and the United States Marshals Service shall provide the Bureau of Prisons with a copy.

     Dated this 3rd day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge