In The United States District Court
For The District Of Nebraska

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUN - 1 2020
OFFICE OF THE CLERK

| | |
|---|---|
| ODARI ZANDAGHE WILEY ) | |
| Plaintiff, ) | 4:06 CR 3145 |
| Pro Se ) | |
| v. ) | |
| United States Of America ) | Motion |
| Defendant. ) | |

RECEIVED
JUN - 1 2020
CLERK
U.S. DISTRICT COURT

The Plaintiff uses (18 U.S.C. § 3582(c)(1)(A)) A Modification Of Imposed Term Of Imprisonment For Particularly Extraordinary And Compelling Circumstances That Could Not Reasonably Have Been Foreseen By The Court At The Time Of Sentencing

(a) Mr. Wiley Has Serious Underlying Medical Conditions That Put Him Especially At High Risk Of Fatally Contracting The Coronavirus (Covid-19). Mr. Wiley Is In No Position To Meaningfully Limit His Exposure To Covid-19 With The Close Proximity And Inability To Take Mitigation Steps Inside The Prison.

(b) It Is Noted That Five Staff Members Have Tested Positive For Covid-19 Here In Beaumont. Doing Inquiry With Staff Members It Was Disclose To Mr. Wiley By, Warden- Mr. M.K. Lewis, Associate Warden- Mr. Haro, Deputy Captain- Mr. T. Brasfield, Unit Manager- Mr. Lacy, Case Manager- Mrs. Arnold, Health Service System Specialist- Clint Soonier,

(1)

Case Manager Coordinator - Mr. Fabian, That The Infected Staff Members Had Contact With Inmates Prior To And Doing The Course Of Contracting Covid-19. However, Staff Reported That None Of These Inmates Are Showing Any Symptoms As Of Now. Plaintiff Have Observed Multiple Medical Emergencies In The Pass Week By Way Of Ambulance.

(c) An Asymptomatic Carrier Of Covid-19 Can Expose Mr. Wiley To Covid-19, And With Mr. Wiley Serious Underlying Conditions Of Heart Disease Will Risk A Severe Reaction To The Coronavirus, Worse, It Risks Mr. Wiley Life.

(d) Mr. Wiley Have Been Diagnose With Heart Diease With Diagnosis Of Congestive Heart Failure, Coronary Artery Disease, Severe Angina Pectoris, Microvascular Disease, Mr. Wiley Have Stents Install, Gastroesophageal Reflux Disease, Cardiomyopathy, Hyperlipidemia, Hypertension, Atherosclerotic Heart Disease, Presence Of Coronary Angioplasty, Implant And Graft, High Blood Pressure, High Cholesterol, Coronary Heart Disease, Mr. Wiley Also Has An Aneurysmal In His Right Coronary Inside His Heart. Mr. Wiley Also Takes Eleven Medications Daily For His Heart Conditions. Mr. Wiley Have Been To The Hospital A Total Of Thirteen Times, Mr. Wiley Has Had Four Operations And Seven Admissions Into The Hospital. Mr. Wiley Heart Condition Is Something That Would Normally Be Seen In A Man Of 65 or 70 Rather Than His Age Of 34. Please Note, Mr. Wiley Suffered All Medical Conditions In The Pass Eighteen (18) Months.

(2)

For These Reasons Set Above, The Plaintiff Seek Relief

DATED This 24th day of May, 2020.

                                              Respectfully,

                                              O'Dari Z. Wiley Sr.

                                              */s/ O'Dari Wiley Sr.*

O'Dari ___
#21061-047
F.C.I. Beaumont Medium
P.O. Box 26040
Beaumont, TX. 77720-6040



**RECEIVED**
JUN -1 2020
CLERK
U.S. DISTRICT COURT

Legal Mail

Office Of The Clerk
United States District Court
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza
Suite 1152
Omaha, NE. 68102-1322