IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>O'DARI ZANDAGHE WILEY,<br><br>Defendant. | 4:06CR3145<br><br>MEMORANDUM AND ORDER |

    Mr. Wiley has filed a motion for compassionate release attaching detailed medical records showing that he suffers from a serious heart condition. However, Mr. Wiley has not alleged that he has pursued his administrative remedies. I will hold his motion in abeyance for 60 days. At a minimum, Mr. Wiley should seek "compassionate release" from the warden at the facility at which he is presently being held. He should complete the "request for administrative remedy" (BP-9 form).

    IT IS ORDERED that Mr. Wiley's motion, Filing no. 163, will be held in abeyance for 60 days to give Mr. Wiley the opportunity to file evidence or amend his motion to show that he has pursued exhaustion of his administrative remedies.

    Dated this 3rd day of June, 2020.

                                                       BY THE COURT:

                                                      *Richard G. Kopf*

                                                      Richard G. Kopf
                                                      Senior United States District Judge