IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:06-CR-3145 |
| ) | |
| v. ) | |
| ) | Hon. Richard G. Kopf |
| O'DARI ZANDAGHE WILEY, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY SHAWN F. SUMMERS**

The undersigned attorney, Shawn F. Summers, has agreed to represent Defendant O'Dari Z. Wiley *pro bono* to assist him with his motion for compassionate release. Accordingly, the undersigned attorney respectfully moves this Court for admission to appear *pro hac vice* in Mr. Wiley's case, pursuant to NEGenR 1.7(f).

The undersigned attorney is a member of the bar of the Commonwealth of Pennsylvania, with the license number 327471. He is also admitted to practice in the United States District Court for the Eastern District of Pennsylvania.

The undersigned attorney affirms that, as an officer of the United States District Court for the District of Nebraska, he will demean himself faithfully, uprightly, and according to law; and he will support, uphold, and defend the Constitution of the United States of America.

Date:   August 3, 2020

                                            Respectfully submitted,

                                            /s/ Shawn F. Summers
                                            Shawn F. Summers
                                            Pennsylvania Bar No. 327471
                                            **BALLARD SPAHR LLP**
                                            1735 Market St., 51st Floor
                                            Philadelphia, PA 19103
                                            Telephone: 215.864.8347
                                            Facsimile: 215.864.8999
                                            E-mail: summerss@ballardspahr.com

                                            *Attorney pro bono for O'Dari Z. Wiley*