IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>O'DARI ZANDAGHE WILEY,<br><br>                Defendant. | 4:06CR3145<br><br>MOTION TO RESTRICT |

      COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting the access to the Government's Responsive Brief as it contains information protected from public viewing in accordance with the law.

      Dated this 31st day of August, 2020.

                                                             UNITED STATES OF AMERICA, Plaintiff

                                                             JOSEPH P. KELLY
                                                              United States Attorney
                                                              District of Nebraska

                            By:    s/ Sara E. Fullerton
                                    SARA E. FULLERTON #18314
                                    Assistant U.S. Attorney
                                    487 Federal Building
                                    100 Centennial Mall North
                                    Lincoln, NE   68508-3865
                                    Tel:  (402) 437-5241
                                    Fax:  (402) 437-5390

CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2020, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system.   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants:

                                                s/ Sara E. Fullerton
                                                Assistant U.S. Attorney