IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:06-CR-3145 |
| vs. | |
| O'DARI ZANDAGHE WILEY, | ORDER |
| Defendant. | |

The defendant has moved for early termination of his supervised release. Filing 183. The defendant's supervising probation officer has reported to the Court that the defendant has made a successful reentry into the community and has been doing well on supervision.

The defendant is to be commended for his accomplishments. However, at this point, he has completed only a little under 2 years of a 5-year term of supervised release. The probation officer and U.S. Attorney recommend—and the Court agrees—that termination of supervised release *at this point* is premature. Therefore, the Court will deny the defendant's motion for termination without prejudice to the defendant asking again, on or after July 1, 2023, assuming his continued success on supervised release.

IT IS ORDERED that the defendant's motion for early termination of supervised release (filing 183) is denied without prejudice.

Dated this 1st day of September, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge