IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:06-CR-3145 |
| vs. | |
| O'DARI ZANDAGHE WILEY, | ORDER |
| Defendant. | |

The defendant has moved for early termination of his supervised release. Filing 187. The Court again takes this opportunity to commend Mr. Wiley for his continued success on supervised release.

In September 2022, the Court denied Mr. Wiley's request to terminate supervised release as premature, but suggested he could try again. The Probation Office and U.S. Attorney's Office, however, remain opposed to early termination, in light of Mr. Wiley's concerning criminal history. The Court, however, is not persuaded that a complete term of supervised release is necessary given Mr. Wiley's performance during the current term of supervised release. Should Mr. Wiley successfully complete ¾ of his term of supervised release—45 months—the Court will grant early termination. Mr. Wiley need not file another motion—the Court will hold his present motion in abeyance pending a final criminal history check on or about June 17, 2024.

IT IS ORDERED:

1. Mr. Wiley's motion for early termination of supervised release (filing 187) is abated.

2. On or about June 17, 2024, the Probation Office shall conduct a final criminal history check on Mr. Wiley and any other update from the Northern District of Texas, and report its findings to the Court.

3. The Clerk of the Court shall set the response deadline for Mr. Wiley's motion (filing 187) to June 17, 2024.

Dated this 11th day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge